IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY LEWIS                                                                                      PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:19-cv-769-CWR-FKB

O'FERRALL MANAGEMENT GROUP, LLC
d/b/a McDONALD'S                                                                              DEFENDANT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, the Parties agree that the above-styled action of Plaintiff against Defendants shall be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED, this the 4th day of November, 2020.

Respectfully submitted,
ANTHONY LEWIS, PLAINTIFF

*/s/ Louis H. Watson, Jr.*
Louis H. Watson, Jr., Esq.
Nick Norris, Esq.
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216

ATTORNEYS FOR PLAINTIFF

/s/ *Silas W. McCharen*
Silas W. McCharen, Esq. (MSB#: 2213)
DANIEL COKER HORTON AND BELL, P.A.
4400 Old Canton Road, Suite 400
P.O. Box 1084
Jackson, MS 39215
Email: smccharen@danielcoker.com
Telephone: 601-969-7607

ATTORNEY FOR DEFENDANTS

{D1523805.1}

## **CERTIFICATE OF SERVICE**

      I Silas W. McCharen, counsel for defendant, O'Ferrall Management Group, LLC d/b/a McDonald's do hereby certify that I have this day served by United States mail a true and correct copy of the above and foregoing pleading to:

    Louis H. Watson, Jr., Esq
    Nick Norris, Esq.
    WATSON & NORRIS, PLLC
    1880 Lakeland Drive, Suite G
    Jackson, Mississippi 39216

                                      */s/ Silas W. McCharen*
                                      SILAS W. McCHAREN

{D1523805.1}